United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Keisha M. Brown  
    Debtor

Case No. 20-12233-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 25, 2021      Form ID: 155      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keisha M. Brown, 5815 Race Street, Philadelphia, PA 19139-2456 |
| 14607972 | + | AMERICAN HERITAGE CREDIT UNION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14523951 | + | Ally Bank, c/o Regina Cohen, Esquire, 190 North Independence Mall West, Suite 500, 6th and Race Streets Philadelphia, PA 19106-1557 |
| 14608297 | + | American Heritage Credit Union, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14500829 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14506415 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14500835 | + | Derrick Johns, 5815 Race Street, Philadelphia, PA 19139-2456 |
| 14500836 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14537674 | + | HEMAP Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., Purcell, Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14500837 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 14500838 | + | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14506938 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14500840 | + | Lankenau Hospital, 100 East Lancaster, Wynnewood, PA 19096-3450 |
| 14500841 | + | Ocwen Loan Servicing, LLC., Attn: Research Dept, 1661 Worthington Rd., Ste 100, West Palm Beach, FL 33409-6493 |
| 14500844 | + | PFHA, 211 North Front Street, P.O. Box 8029, Harrisburg, PA 17105-8029 |
| 14514037 | | PHH MORTGAGE CORPORATION, PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14504154 | | PHH MORTGAGE CORPORATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14558205 | | PHH Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 610 Old York Road, Suite 400 Jenkintown, PA 19046 |
| 14558501 | | PHH Mortgage Corporation, c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 610 Old York Road, Suite 400, Jenkintown, PA 19046 |
| 14558502 | + | PHH Mortgage Corporation, 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33409-6493 |
| 14504175 | + | PHH Mortgage Corporation, c/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14500846 | + | PNC, 1600 Market Street, Philadelphia, PA 19103-7240 |
| 14500843 | + | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14500845 | + | Phelan Hallinan, 1617 JFK Blvd, Philadelphia, PA 19103-1821 |
| 14500849 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14500850 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14500828 | | Email/Text: ebn@americollect.com | May 26 2021 02:37:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14504893 | | Email/Text: ally@ebn.phinsolutions.com | May 26 2021 02:37:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14500822 | + | Email/Text: ally@ebn.phinsolutions.com | May 26 2021 02:37:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14500823 | + | Email/Text: bankruptcy@acacceptance.com | May 26 2021 02:37:00 | American Credit Accept, 961 E Main St, |

Case 20-12233-amc   Doc 62   Filed 05/27/21   Entered 05/28/21 00:54:59   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: 155 | Total Noticed: 48 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Spartanburg, SC 29302-2185 |
| 14500824 | + | Email/Text: broman@amhfcu.org | May 26 2021 02:37:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14532359 | | Email/Text: megan.harper@phila.gov | May 26 2021 02:37:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14500830 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 26 2021 02:23:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14500833 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 02:22:58 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14500834 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 02:24:41 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14509270 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2021 02:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14500831 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 01:31:29 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14500839 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2021 02:37:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14501326 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 02:22:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14508808 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 02:23:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14500842 | + | Email/Text: blegal@phfa.org | May 26 2021 02:37:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14539523 | + | Email/Text: blegal@phfa.org | May 26 2021 02:37:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15205, Harrisburg, PA 17101-1406 |
| 14508586 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2021 02:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14500847 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:29:36 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14518255 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:29:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14500848 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 01:31:28 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14503086 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 26 2021 02:23:50 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14500851 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 26 2021 02:37:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14500826 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14500827 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |

| | | |
|---|---|---|
| 14500825 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14500832 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

**Name**  **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

ERIK B. JENSEN
on behalf of Debtor Keisha M. Brown erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JEFFREY M. CARBINO
on behalf of Debtor Keisha M. Brown jeffrey@jensenbagnatolaw.com jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com

JEROME B. BLANK
on behalf of Creditor PHH MORTGAGE CORPORATION paeb@fedphe.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

MARIO J. HANYON
on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com wbecf@brockandscott.com

REBECCA ANN SOLARZ
on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com

REGINA COHEN
on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor PHH MORTGAGE CORPORATION paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Keisha M. Brown
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−12233−amc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 25th day of May 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

61 − 18, 47
Form 155