# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KEISHA M BROWN<br><br>    Debtor | Case No. 20-12233-amc<br><br>Chapter 13 |
| PHH Mortgage Corporation,<br><br>    Movant<br><br>vs.<br>KEISHA M BROWN<br>Aka Keisha Robinson<br><br>    Respondents | 11 U.S.C. §362 |

**ORDER**

     **AND NOW**, this _____ day of _____, 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: June 10, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge