IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Keisha M. Brown | : | No. 20-12233-amc |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF NO OBJECTION

    I, Erik B. Jensen, Esquire, Attorney for the above Debtor, do hereby certify that no response to the Motion to Modify Plan After Confirmation has been served upon me.

    WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

Date: 7/27/21

/s/ Erik B. Jensen_____
Erik B. Jensen, Esquire
*Attorney for Debtor*