# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :
                                              :    Chapter 13
    Keisha M. Brown              :
                                              :    Bankruptcy No: 20-12233-amc
                  Debtor.    :

# O R D E R

    AND NOW, this _____ day of _____, 2021, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

    ORDERED that the Debtor's confirmed plan is modified to reflect that $7,300.00 has been paid to the Trustee and the Debtor shall pay $801.00 per month beginning July 1, 2021 and continuing for an additional 46 months, and the Modified Plan ~~attached hereto as Exhibit "A"~~ shall be the new plan.

**Date: August 11, 2021**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE