United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12233-amc |
| Keisha M. Brown | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Keisha M. Brown, 5815 Race Street, Philadelphia, PA 19139-2456 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 13, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ERIK B. JENSEN | on behalf of Debtor Keisha M. Brown erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JEFFREY M. CARBINO | on behalf of Debtor Keisha M. Brown jeffrey@jensenbagnatolaw.com jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com |
| JEROME B. BLANK | on behalf of Creditor PHH MORTGAGE CORPORATION paeb@fedphe.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program |

Case 20-12233-amc    Doc 79    Filed 08/13/21    Entered 08/14/21 00:33:50    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

MARIO J. HANYON
    on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com  ksweeney@lavin-law.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor PHH MORTGAGE CORPORATION paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | :     Chapter 13 |
| Keisha M. Brown | : |
| | :     Bankruptcy No: 20-12233-amc |
| Debtor. | : |

**O R D E R**

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED that the Debtor's confirmed plan is modified to reflect that $7,300.00 has been paid to the Trustee and the Debtor shall pay $801.00 per month beginning July 1, 2021 and continuing for an additional 46 months, and the Modified Plan ~~attached hereto as Exhibit "A"~~ shall be the new plan.

Date: August 11, 2021

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE