IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                            :        Chapter 13
                                                  :
    Keisha Brown                                :
                                                  :        No.20-12233
                                                  :
    Debtor                                       :

**CERTIFICATE OF NO OBJECTION**

    I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that neither an objection nor response to the Application for Compensation of Counsel Fees has been filed.

    WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application.


/s/ Erik B. Jensen
Erik B. Jensen, Esquire
*Attorney for Debtor*