**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                   Case No. 20-12233-amc
                                                                Chapter 13

Keisha M. Brown aka Keisha Robinson

Debtor(s).

## **NOTICE OF APPEARANCE**

**Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                                              **Steven K. Eisenberg, Esquire
                                              Stern & Eisenberg, PC
                                              1581 Main Street, Suite 200
                                              The Shops at Valley Square
                                              Warrington, PA 18976**

                                         By:    /s/ Steven K. Eisenberg
                                                    Steven K. Eisenberg, Esquire
                                                    Bar No: 75736
                                                    Stern & Eisenberg, PC
                                                    1581 Main Street, Suite 200
                                                    The Shops at Valley Square
                                                    Warrington, PA 18976
                                                    Phone: (215) 572-8111
                                                    Fax: (215) 572-5025
                                                    seisenberg@sterneisenberg.com
                                                    Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 9th day of August, 2022, to the following:

Jefferey M. Carbino
Offit Kurman, P.A.
222 Delaware Avenue
Suite 1105
Wilmington, DE 19801
jeff.carbino@offitkurman.com
*Attorney for Debtor(s)*


Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
*Chapter 13 Trustee*


U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*



and by standard first class mail postage prepaid to:

Keisha M. Brown aka Keisha Robinson
5815 Race Street
Philadelphia, PA 19139

*Debtor(s)*


                                                          By:        /s/ Steven K. Eisenberg
                                                                     Steven K. Eisenberg, Esquire