**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    KEISHA M. BROWN AKA KEISHA ROBINSON<br>        Debtor(s)<br>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF WAMPUS MORTGAGE LOAN TRUST<br>        Movant<br>v.<br>KEISHA M. BROWN AKA KEISHA ROBINSON<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 20-12233-amc |

## ORDER

AND NOW, this __6th__ day of __February__, 2024, upon the motion of Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 5815 RACE STREET, PHILADELPHIA, PA 19139.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____

UNITED STATES BANKRUPTCY JUDGE