United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Keisha M. Brown  
    Debtor

Case No. 20-12233-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 07, 2024      Form ID: pdf900      Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keisha M. Brown, 5815 Race Street, Philadelphia, PA 19139-2456 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 08 2024 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Feb 08 2024 00:15:00 | Ally Bank, Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 08 2024 00:15:00 | Wilmington Savings Fund Society, FSB, as Trustee o, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2024 00:24:25 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: blegal@phfa.org | Feb 08 2024 00:15:00 | Pennsylvania Housing Finance Agency-Homeowners Eme, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Feb 08 2024 00:24:12 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 07, 2024 | Form ID: pdf900 | Total Noticed: 8 |

Date: Feb 09, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:**

**Name**       **Email Address**

ANDREW L. SPIVACK
　　on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com

DANIEL P. JONES
　　on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Wampus Mortgage Loan Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

ERIK B. JENSEN
　　on behalf of Debtor Keisha M. Brown erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JEFFREY M. CARBINO
　　on behalf of Debtor Keisha M. Brown jcarbino@leechtishman.com

JEROME B. BLANK
　　on behalf of Creditor PHH MORTGAGE CORPORATION jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
　　on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MARIO J. HANYON
　　on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARIO J. HANYON
　　on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Wampus Mortgage Loan Trust wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARK A. CRONIN
　　on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com

REGINA COHEN
　　on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

STEVEN K. EISENBERG
　　on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Wampus Mortgage Loan Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

THOMAS SONG
　　on behalf of Creditor PHH MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    KEISHA M. BROWN AKA KEISHA ROBINSON<br>        Debtor(s)<br>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF WAMPUS MORTGAGE LOAN TRUST<br>        Movant<br>v.<br>KEISHA M. BROWN AKA KEISHA ROBINSON<br>        Debtor(s)<br>KENNETH E. WEST<br>    Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 20-12233-amc |

**ORDER**

AND NOW, this __6th__ day of __February__, 2024, upon the motion of Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 5815 RACE STREET, PHILADELPHIA, PA 19139.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE