UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KEISHA M. BROWN                              Case No. 20-12233-amc

   Debtor.                                      Chapter 13

PRA RECEIVABLES MANAGEMENT,          Hearing Date: April 23, 2024
LLC, servicing agent for PORTFOLIO    Hearing Time: 11:00 am
RECOVERY ASSOCIATES, LLC,

   Movant

vs.

KEISHA M. BROWN

   Debtor

and

DERRICK C. JOHNS

   Co-Debtor

   Respondents.

### ORDER GRANTING RELIEF
### FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY
### PURSUANT TO 11 U.S.C. §§ 362(d) and 1301

Upon consideration of the Motion for Relief from Automatic Stay and Co-Debtor Stay, pursuant to 11 U.S.C. §§ 362(d)(1) and 1301, filed by PRA Receivables Management, LLC, servicing agent for Portfolio Recovery Associates, LLC, assignee of American Credit Acceptance, LLC ("PRA"), and after notice and hearing, it is hereby

ORDERED that the automatic stay is modified to permit PRA to obtain possession and dispose of its collateral; namely, one (1) 2015 Dodge Journey, VIN 3C4PDCAB5FT566283; and it is

FURTHRE ORDERED that the co-debtor stay is terminated in all respects.

Date: April 24, 2024

HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Interested parties to receive copies of Order:

Keisha M. Brown
5815 Race Street
Philadelphia, PA 19139

Derrick C. Johns
5815 Race Street
Philadelphia, PA 19139

Jeffrey M. Carbino
Leech Tishman Fuscaldo & Lampl
1007 N Orange Street, Suite 420
Wilmington, DE 19801

Erik B. Jensen
Jensen Bagnato, PC
1500 Walnut Street, Suite 1510
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107