United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12233-amc |
| Keisha M. Brown | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 24, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Keisha M. Brown, 5815 Race Street, Philadelphia, PA 19139-2456 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2024 23:51:07 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 26, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Wampus Mortgage Loan Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com |
| ERIK B. JENSEN | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: pdf900 | Total Noticed: 2 |

    on behalf of Debtor Keisha M. Brown erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JACOB C. ZWEIG

    on behalf of Creditor PRA Receivables Management LLC, servicing agent for Portfolio Recovery Associates, LLC, assignee of American Credit Acceptance, LLC jzweig@evanspetree.com

JEFFREY M. CARBINO

    on behalf of Debtor Keisha M. Brown jcarbino@leechtishman.com

JEROME B. BLANK

    on behalf of Creditor PHH MORTGAGE CORPORATION jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST

    ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER

    on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MARIO J. HANYON

    on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON

    on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com

REGINA COHEN

    on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

STEVEN K. EISENBERG

    on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

THOMAS SONG

    on behalf of Creditor PHH MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KEISHA M. BROWN                                  Case No. 20-12233-amc

   Debtor.                                       Chapter 13


PRA RECEIVABLES MANAGEMENT,           Hearing Date: April 23, 2024
LLC, servicing agent for PORTFOLIO       Hearing Time: 11:00 am
RECOVERY ASSOCIATES, LLC,

   Movant

vs.

KEISHA M. BROWN

   Debtor

and

DERRICK C. JOHNS

   Co-Debtor

   Respondents.

## ORDER GRANTING RELIEF
## FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY
## PURSUANT TO 11 U.S.C. §§ 362(d) and 1301

Upon consideration of the Motion for Relief from Automatic Stay and Co-Debtor Stay, pursuant to 11 U.S.C. §§ 362(d)(1) and 1301, filed by PRA Receivables Management, LLC, servicing agent for Portfolio Recovery Associates, LLC, assignee of American Credit Acceptance, LLC ("PRA"), and after notice and hearing, it is hereby

ORDERED that the automatic stay is modified to permit PRA to obtain possession and dispose of its collateral; namely, one (1) 2015 Dodge Journey, VIN 3C4PDCAB5FT566283; and it is

FURTHRE ORDERED that the co-debtor stay is terminated in all respects.

Date: April 24, 2024

HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Interested parties to receive copies of Order:

Keisha M. Brown
5815 Race Street
Philadelphia, PA 19139

Derrick C. Johns
5815 Race Street
Philadelphia, PA 19139

Jeffrey M. Carbino
Leech Tishman Fuscaldo & Lampl
1007 N Orange Street, Suite 420
Wilmington, DE 19801

Erik B. Jensen
Jensen Bagnato, PC
1500 Walnut Street, Suite 1510
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107