United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12233-amc |
| Keisha M. Brown | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keisha M. Brown, 5815 Race Street, Philadelphia, PA 19139-2456 |
| 14523951 | + | Ally Bank, c/o Regina Cohen, Esquire, 190 North Independence Mall West, Suite 500, 6th and Race Streets Philadelphia, PA 19106-1557 |
| 14608297 | + | American Heritage Credit Union, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14500835 | + | Derrick Johns, 5815 Race Street, Philadelphia, PA 19139-2456 |
| 14537674 | + | HEMAP Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., Purcell, Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14500837 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 14500840 | + | Lankenau Hospital, 100 East Lancaster, Wynnewood, PA 19096-3450 |
| 14500844 | + | PFHA, 211 North Front Street, P.O. Box 8029, Harrisburg, PA 17105-8029 |
| 14504154 | | PHH MORTGAGE CORPORATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14558205 | | PHH Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 610 Old York Road, Suite 400 Jenkintown, PA 19046 |
| 14558501 | | PHH Mortgage Corporation, c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 610 Old York Road, Suite 400, Jenkintown, PA 19046 |
| 14504175 | + | PHH Mortgage Corporation, c/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14500846 | + | PNC, 1600 Market Street, Philadelphia, PA 19103-7240 |
| 14500845 | + | Phelan Hallinan, 1617 JFK Blvd, Philadelphia, PA 19103-1821 |
| 14702847 | + | Wilmington Savings Fund Society, c/o Mario Hanyon, Esq., Brock and Scott, PLLC, 8757 Red Oak Blvd, Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 16 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jan 16 2025 00:16:00 | Ally Bank, Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 16 2025 00:16:00 | Wilmington Savings Fund Society, FSB, as Trustee o, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2025 00:22:45 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: blegal@phfa.org | Jan 16 2025 00:17:00 | Pennsylvania Housing Finance Agency-Homeowners Eme, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 16 2025 00:34:38 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14607972 | | ^ MEBN | | |
| | | | Jan 16 2025 00:12:22 | AMERICAN HERITAGE CREDIT UNION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14500828 | | Email/Text: ebn@americollect.com | | |
| | | | Jan 16 2025 00:17:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14504893 | | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Jan 16 2025 00:16:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14500822 | + | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Jan 16 2025 00:16:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14500823 | + | Email/Text: bankruptcy@acacceptance.com | | |
| | | | Jan 16 2025 00:16:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14500824 | + | Email/Text: jvalencia@amhfcu.org | | |
| | | | Jan 16 2025 00:17:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14500829 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Jan 16 2025 00:16:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14506415 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | | Jan 16 2025 00:16:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14702848 | | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | Jan 16 2025 00:16:00 | Carrington Mortgage Services, LLC, 1600 South Douglas Road, Suite 200-A, Anaheim, CA 92806 |
| 14704768 | | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | Jan 16 2025 00:16:00 | Wilmington Savings Fund Society, FSB, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 14532359 | | Email/Text: megan.harper@phila.gov | | |
| | | | Jan 16 2025 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14500830 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:35:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14500833 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jan 16 2025 00:34:35 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14500834 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jan 16 2025 00:34:41 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14500836 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:36:09 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14500838 | + | Email/Text: Bankruptcy@ICSystem.com | | |
| | | | Jan 16 2025 00:16:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14509270 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jan 16 2025 00:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14500831 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jan 16 2025 00:34:34 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14506938 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jan 16 2025 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14500839 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jan 16 2025 00:17:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14501326 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 16 2025 00:24:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14500841 | + | Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | | Jan 16 2025 00:16:00 | Ocwen Loan Servicing, LLC., Attn: Research Dept, 1661 Worthington Rd., Ste 100, West Palm |

Case 20-12233-amc  Doc 113  Filed 01/17/25  Entered 01/18/25 00:36:23  Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Beach, FL 33409-6493 |
| 14514037 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 16 2025 00:16:00 | PHH MORTGAGE CORPORATION, PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14558502 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 16 2025 00:16:00 | PHH Mortgage Corporation, 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33409-6493 |
| 14508808 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2025 00:35:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14500842 | + | Email/Text: blegal@phfa.org | Jan 16 2025 00:17:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14500843 | ^ | MEBN | Jan 16 2025 00:12:26 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14539523 | + | Email/Text: blegal@phfa.org | Jan 16 2025 00:17:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15205, Harrisburg, PA 17101-1406 |
| 14508586 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2025 00:17:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14500847 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2025 00:34:29 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14518255 | ^ | MEBN | Jan 16 2025 00:12:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14794443 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 16 2025 00:34:35 | Synchrony Bank, AIS InfoSource,LP, 4515 N.Santa Fe, Oklahoma City, OK 73118-7901 |
| 14500848 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2025 00:35:18 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14503086 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2025 00:36:31 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14500849 | + | Email/Text: bncmail@w-legal.com | Jan 16 2025 00:16:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14500850 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 16 2025 00:16:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14500851 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 16 2025 00:16:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14712048 | ^ | MEBN | Jan 16 2025 00:12:25 | Wilmington Savings Fund Society, c/o Steven K. Eisenberg, Esq., Stern & Eisenberg PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14500825 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14500826 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14500827 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14500832 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14656889 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:**

**Name** | **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

DANIEL P. JONES
on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com

JACOB C. ZWEIG
on behalf of Creditor PRA Receivables Management LLC, servicing agent for Portfolio Recovery Associates, LLC, assignee of American Credit Acceptance, LLC jzweig@evanspetree.com

JEFFREY M. CARBINO
on behalf of Debtor Keisha M. Brown jcarbinolaw@outlook.com

JEROME B. BLANK
on behalf of Creditor PHH MORTGAGE CORPORATION jblank@pincuslaw.com mmorris@pincuslaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MARIO J. HANYON
on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

MARIO J. HANYON
on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL A. CIBIK
on behalf of Debtor Keisha M. Brown help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

REGINA COHEN
on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com

STEVEN K. EISENBERG
on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

THOMAS SONG
on behalf of Creditor PHH MORTGAGE CORPORATION tomysong0@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 60 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    KEISHA M. BROWN<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 20-12233-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: January 15, 2025**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge